# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0898. SAM LOUIS LEVINE v. DAVID NAHMIAS et al.**

In this civil action, plaintiff Sam Louis Levine filed a notice of appeal of the trial court's order staying discovery. However, because the case remains pending below, Levine was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989); see also *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 SE2d 525) (1997) (discovery orders generally are interlocutory and not directly appealable as final judgments). Levine's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/18/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*